

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-09-138-CV**

AEP ENGINEERING & CONSULTING, INC. d/b/a          APPELLANT
TEXAS CONVEYORS INTERNATIONAL

V.

ADVANCE LIFTS, INC.                                                      APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On May 7, 2009, appellant AEP Engineering & Consulting, Inc. d/b/a Texas Conveyors International filed a notice of appeal from the trial court's judgment, which was signed on December 19, 2008. On May 18, 2009, we sent a letter to appellant stating our concern that we are without jurisdiction because appellant's motion for new trial was due on January 19, 2009, but

---

[1] *See* Tex. R. App. P. 47.4.

was not filed until March 9, 2009; therefore, it appeared the notice of appeal was not timely filed.[2] We informed appellant that unless it or any party filed a response showing grounds for continuing the appeal on or before May 28, 2009, the appeal could be dismissed for want of jurisdiction. Appellant has faxed us a copy of what appears to be the parties' Rule 11 agreement to discontinue the appeal.[3]

However, because appellant's notice of appeal is untimely, we have no jurisdiction to consider this appeal. Accordingly, we dismiss this appeal for want of jurisdiction.[4]

PER CURIAM

PANEL: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: July 2, 2009

---

[2] *See* Tex. R. App. P. 26.1(a).

[3] *See* Tex. R. Civ. P. 11.

[4] *See* Tex. R. App. P. 42.3(a).